herein. In accordance therewith it was held that the merchandise is entitled to entry free of duty under paragraph 1803, Tariff Act of 1930, and not subject to the internal revenue tax assessed.

**No. 50347.**—Protest 918740–G of Geo. E. Mallinson Importing Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50348.**—Protests 968597–G, etc., of Oscar Feldman, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50349.**—Protest 985584–G of Far East Fur Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50350.**—Protests 992003–G, etc., of Jacob Newman Fur Corp. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50351.**—Protest 507214–G of General Hide & Skin Corp. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), and that the dogskins are the same as those involved in *Brachman & Co.* v. *United States* (5 Cust. Ct. 153, C. D. 389), which records were admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.